UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LELIA INES BESSONE DE CASTRO<br><br>Plaintiff,<br><br>v.<br><br>ALPHA THERAPEUTIC CORPORATION, et al.<br><br>Defendants. | Case No. C 07-04418 MEJ<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 08/29/07    Signed by: Kent L. Klaudt

Counsel for: π