**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LELIA INES BESSONE DE CASTRO,           )<br>                                                                )<br>                        Plaintiff (s)         )<br>                v.                                          )<br>                                                                )<br>                                                                )<br>ALPHA THERAPEUTIC CORP, et al.,     )<br>                                                                )<br>                        Defendant (s)      )<br>_____ ) | CASE NO. C-07-4418 MEJ<br><br>**NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE** |

The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

__X__   (1) One or more of the parties has requested reassignment to a United States District Judge, or

_____   (2) One or more of the parties has sought a kind of judicial action (e.g., a temporary restraining order) that a Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

_____   (3) One or more of the parties is without counsel and have not made the necessary consent to proceed before a Magistrate Judge within 30 days.

All previous hearing dates are hereby **VACATED.**

Dated:   August 30, 2007

_____
Maria-Elena James
United States Magistrate Judge

_____
By: Brenda Tolbert, Deputy Clerk