IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LELIA INES BESSONE DE CASTRO, individually and as personal representative of and as successor in interest to the Estate of the Decedent FABIAN ADOLFO CASTRO,

    Plaintiff,

  v.

ALPAH THERAPEUTIC CORPORATION, A California corporation, BAYER CORPORATION, an Indiana corporation, BAXTER HEALTHCARE CORPORATION, a Delaware corporation, and its HYLAND DIVISION, ARMOUR PHARMACEUTICAL COMPANY, INC., a Delaware corporation, and EVENTS INC., a Pennsylvania corporation,

    Defendants.

No. C 07-04418 WHA

**ORDER VACATING CASE MANAGEMENT CONFERENCE**

In light of the representation of counsel that the MDL panel has transferred this case, the case management conference currently set for November 29, 2007, is **VACATED**.

**IT IS SO ORDERED.**

Dated: November 27, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE