Kevin J. Stack (State Bar No. 72782)
kjs@kpclegal.com
KNAPP, PETERSEN & CLARKE
500 North Brand Boulevard, 20th Floor
Glendale, California 91203-1904
Telephone: (818) 547-5000
Facsimile: (818) 547-5329

Attorneys for Defendant
ALPHA THERAPEUTIC CORPORATION,
a California corporation

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LELIA INES BESSONE DE CASTRO, individually, and as Personal Representative of and as Successor in Interest to the Estate of the Decedent FABIAN ADOLFO CASTRO,<br><br>Plaintiff,<br><br>v.<br><br>ALPHA THERAPEUTIC CORPORATION, a California corporation, BAYER CORPORATION, an Indiana corporation; BAXTER HEALTHCARE CORPORATION, a Delaware corporation, and its HYLAND DIVISION; ARMOUR PHARMACEUTICAL COMPANY, INC., a Delaware corporation, and AVENTIS, INC., a Pennsylvania corporation,<br><br>Defendant. | NO.   C 07 4418 WHA<br><br>REQUEST TO VACATE CMC PURSUANT TO TRANSFER TO MDL-986 |

Defendant Alpha Therapeutic Corporation ("Alpha") requests the initial case management conference set on November 29, 2007 be vacated pursuant to the transfer of this action by the Judicial Panel on Multidistrict Litigation pursuant to 28 U.S.C. section 1407 to MDL-986 currently pending before the Honorable John F. Grady in the Northern District of Illinois. A copy of the final transfer order by the Judicial Panel on Multidistrict Litigation which has been filed in the Northern District of Illinois is attached as Exhibit "A".

-1-
*Request to Vacate CMC*

548060.1  00115/00789

      The complaint in this case alleges the decedent was a resident of Argentina and a hemophiliac who was allegedly infected with HIV and Hepatitis C from the alleged use of the defendants' factor concentrates. This claim is brought against the same fractionator defendants that are defendants in MDL-986. Many of the allegations in this complaint are similar to the ones made in the cases that led to the Panel to establish MDL-986, In Re "Factor VIII or IX Concentrate Blood Products" Liability Litigation, 853 F.Supp.454 (J.P.M.L. 1993), and more recently, to transfer *Gullone v. Bayer Corp.,* and other similar cases to MDL-986.

      After the filing of the action, a tagalong notice was submitted to the Judicial Panel on Multidistrict Litigation.

      On September 24, 2007, the Judicial Panel filed and served a conditional transfer order. The Judicial Panel entered a final transfer order in this case on October 10, 2007 inasmuch as no objection to the CTO was made. That order was received and filed by the clerk of the Northern District of Illinois on October 11 and assigned a Northern District of Illinois Case Number 07 C 5899.

      With the filing of the final transfer order in the Northern District of Illinois, that court assumed jurisdiction pursuant to JPML Rule 1.5.

      On November 26 and 27, this office communicated with the court clerk and it was mentioned that we would submit a copy of the final transfer order and request to vacate the initial case management conference.

      It is respectfully requested that the initial case management conference set on November 29, 2007 be vacated.

Respectfully submitted,

Dated: November 27, 2007

KNAPP, PETERSEN & CLARKE

By: /s/ Kevin J. Stack
Kevin J. Stack
Attorneys for Defendant
ALPHA THERAPEUTIC CORPORATION,
a California corporation

**EXHIBIT A**

JUDGE GRADY

A CERTIFIED TRUE COPY

OCT 10 2007

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**FILED**
OCTOBER 11, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 2 4 2007

FILED
CLERK'S OFFICE

**07 C 5899**

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: "FACTOR VIII OR IX CONCENTRATE BLOOD
PRODUCTS" PRODUCTS LIABILITY LITIGATION                    **DMK**        MDL No. 986
   Lelia Ines Bessone de Castro, etc. v. Alpha Therapeutic                    )
      Corp., et al., N.D. California, C.A. No. 3:07-4418                      )

### CONDITIONAL TRANSFER ORDER (CTO-102)

On December 7, 1993, the Panel transferred 27 civil actions to the United States District Court for the Northern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 853 F.Supp. 454 (J.P.M.L. 1993). Since that time, 262 additional actions have been transferred to the Northern District of Illinois. With the consent of that court, all such actions have been assigned to the Honorable John F. Grady.

It appears that the action on this conditional transfer order involves questions of fact that are common to the actions previously transferred to the Northern District of Illinois and assigned to Judge Grady.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation,</u> 199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the Northern District of Illinois for the reasons stated in the order of December 7, 1993, and, with the consent of that court, assigned to the Honorable John F. Grady.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Illinois. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

OCT 1 0 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of November, 2007, I caused to be served a true and correct copy of the documents described as REQUEST TO VACATE CMC PURSUANT TO TRANSFER TO MDL-986 on the following counsel of record pursuant to ECF as to Filing Users and by Federal Express, postage prepaid, pursuant to Local Rule 5.5 as to any party who is not a Filing User or represented by a filing user:

| SERVICE LIST | |
|---|---|
| Elizabeth J. Cabraser, Esq.<br>Heather A. Foster, Esq.<br>Kent Klaudt, Esq.<br>LIEFF, CABRASER, HEIMANN & BERNSTEIN<br>275 Battery Street, 30th Flr.<br>San Francisco, CA 94111-3399 | Attorneys for Plaintiff LELIA INES BESSONE DE CASTRO, et al. |
| Marilyn A. Moberg, Esq.<br>REED SMITH LLP<br>355 South Grand Avenue, 29th Flr.<br>Los Angeles, CA 90071 | Attorneys for Defendant BAXTER HEALTHCARE CORPORATION |
| Georgia K. Van Zanten, Esq.<br>SIDLEY AUSTIN LLP<br>555 California Street<br>Suite 2000<br>San Francisco, CA 94104-1715 | Attorneys for Defendant ARMOUR PHARMACEUTICAL COMPANY |
| Geoffrey R.W. Smith, Esq.<br>GEOFFREY SMITH, PLLC<br>1350 I Street NW Suite 900<br>Washington, District of Columbia 20005 | Attorneys for Defendant BAYER CORPORATION |
| Kaspar Stoffelmayr, Esq.<br>Bartlit Beck Herman Palenchar & Scott<br>1899 Wynkoop Street, 8th Flr.<br>Denver, CO 80202 | Attorneys for Defendant BAYER CORPORATION |

_____          _____
Kathy Szabados                                                  (Signature)
(Type or print name)

524034.1  00115/00781